UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 10-23669-CIV-SEITZ/WHITE

WHITNEY LIBERAL,

      Movant,

vs.

UNITED STATES OF AMERICA,

      Respondent.
_____/

## ORDER ADOPTING REPORT AND CLOSING CASE

THIS CAUSE is before the Court on the Report of Magistrate Judge [DE-15] issued by Magistrate Judge White. In that Report, Magistrate Judge White recommends that Movant's Motion to Vacate pursuant to 28 U.S.C. § 2255 [DE-1] be denied as to all claims. Movant has filed no objections to the Report.[1] Thus, having carefully reviewed, *de novo*, Magistrate Judge White's thorough Report, the record, and given that Plaintiff has not objected, it is hereby

ORDERED that:

(1) The above-mentioned Report of Magistrate Judge [DE-15] is AFFIRMED and ADOPTED, and incorporated by reference into this Court's Order;

(2) Movant's Motion to Vacate [DE-1] is DENIED as to all claims.

(3) All pending motions not otherwise ruled upon in this Order are DENIED AS MOOT; and

(4) This case is CLOSED.

DONE and ORDERED in Miami, Florida, this 13th day of September, 2011.

                                                PATRICIA A. SEITZ
                                                UNITED STATES DISTRICT JUDGE

cc:     All Counsel of Record/Pro se parties

---

[1] While Movant has twice sought, and been granted, extensions of time to file objections, his objections were due on or before August 29, 2011. As of the date of this Order, no objections have been filed.